# In the United States Court of Federal Claims

**No. 98-533 T and consolidated cases (Nos. 98-5330T through 98-5350T)**

**EUNICE GINGERICH, EXECUTOR OF THE ESTATE OF FENTON GINGERICH, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Published Opinion and Order for Final Judgment, filed August 24, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs are awarded, of and from the United States, refunds of tax and enhanced interest as follows:

| Plaintiff | Tax Year | Amount |
|---|---|---|
| Eunice Gingerich, Executor of the Estate of Fenton Gingerich, and Eunice Gingerich, jointly | 1983 | $19,318.89 |
| | 1984 | $37,621.66 |
| | 1985 | $22,768.63 |
| | 1986 | $21,841.21 |
| Seung C. Karl, individually and as sole surviving spouse of Young Ho Karl | 1984 | $56,820.61 |
| | 1986 | $1,304.78 |
| Choong H. Kim and Joung S. Kim, jointly | 1983 | $10,629.71 |
| | 1984 | $36,492.38 |
| | 1985 | $26,135.48 |
| | 1986 | $11,418.13 |

| | | |
|---|---|---|
| Ted Liebovich, Attorney-in-Fact and Trustee of the Albert Liebovich Living trust, and Dorothy Liebovich, jointly | 1983 | $7,305.34 |
| | 1984 | $9,527.21 |
| | 1985 | $9,580.72 |
| Gregory Liebovich, as Trustee of the Carl Liebovich Living Trust, and Nelle D. Liebovich, jointly | 1985 | $6,590.66 |
| | 1986 | $1,930.73 |
| Gregory Liebovich and Gail Liebovich, jointly | 1983 | $5,907.74 |
| | 1984 | $6,825.88 |
| | 1985 | $2,777.35 |
| | 1986 | $6,227.99 |
| Lou Liebovich, Attorney-in-Fact and Trustee for the Joe Liebovich Living Trust | 1983 | $7,637.39 |
| | 1984 | $9,092.40 |
| | 1985 | $6,629.21 |
| | 1986 | $1,968.26 |
| Larry Liebovich and Barbara Liebovich, jointly | 1983 | $4,595.27 |
| | 1984 | $6,062.91 |
| | 1985 | $2,802.72 |
| | 1986 | $5,427.72 |
| Samuel Liebovich and Erna Liebovich, jointly | 1983 | $1,630.50 |
| | 1984 | $3,149.36 |
| | 1985 | $9,297.90 |
| | 1986 | $2,488.45 |
| Eugene M. Rosol | 1983 | $19,464.44 |
| | 1984 | $24,026.95 |
| | 1985 | $12,155.30 |
| | 1986 | $8,577.66 |

| | | |
|---|---|---|
| Stephanie Doran, Personal representative of the Estate of Charles H. Scruggs | 1983 | $8,926.60 |
| | 1984 | $39,966.30 |
| | 1985 | $27,597.94 |
| | 1986 | $19,246.36 |
| Dae-Sob Yoon and Moon K. Yoon, jointly | 1983 | $15,819.26 |
| | 1984 | $15,806.15 |
| | 1985 | $15,981.74 |

Interest shall be paid to plaintiffs “at the overpayment rate established under [I.R.C. §] 6621.” I.R.C. § 6611(a). No costs.

Brian Bishop
Clerk of Court

**August 24, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.